

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00314-CV

CEVA LOGISTICS U.S., INC. AND CEVA FREIGHT, LLC, Appellants

V.

ACME TRUCK LINE, INC., Appellee

Appeal from the 129th District Court of Harris County.  (Tr. Ct. No. 2010-39403).

After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellants, CEVA Logistics U.S., Inc. and CEVA Freight, LLC, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.